UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12-cv-175-RJC

| | |
|---|---|
| RODNEY EUGENE JONES, ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> LAWRENCE PARSONS, Administrator, ) <br> Lanesboro Correctional Institution, ) <br> ) <br> Respondent. ) <br> _____) | ORDER |

**THIS MATTER** comes before the Court on Petitioner's Motion to Proceed In Forma Pauperis in this action brought pursuant to 28 U.S.C. § 2254. A petition for a writ of habeas corpus requires a filing fee of $5.00. Review of the pleadings reveals that as of November 21, 2012, Petitioner had $0.14 in his inmate trust account. Based on these figures, the Court finds that Petitioner does not have sufficient assets with which to pay the filing fee. Accordingly, the Court will grant his motion to proceed in forma pauperis.

**IT IS, THEREFORE, ORDERED** that:

(1) Petitioner's Motion to Proceed In Forma Pauperis, (Doc. No. 2), is **GRANTED**.

Robert J. Conrad, Jr.
Chief United States District Judge